**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                     NO. 4:08CR00377-02 JLH

JAMES EDMOND HINTON                                                                        DEFENDANT

**ORDER**

Court convened on Friday, May 21, 2010, for a scheduled change of plea hearing in this matter. Assistant United States Attorney Jana K. Harris was present for the government. The defendant appeared in person with his attorney, Mr. Garry J. Corrothers. United States Probation Officer Karen Calhoun was also present.

At the onset of the hearing, counsel for defendant informed the Court that defendant was not prepared to change his plea at this time. The Court then addressed defendant's pro se Motion for Appointment of New Counsel, Motion to Dismiss, and Motion for Downward Departure. For the reasons stated on the record, the motion for appointment of new counsel is denied; the motion to dismiss is denied without prejudice to be refiled by counsel; and the motion for downward departure is denied as premature. Document #107.

Following a brief recess to allow the parties to confer, counsel for defendant subsequently moved for a continuance of the May 24, 2010, trial date, and waived Speedy Trial time until the new trial date. The Court determined that the interests of justice served by granting the continuance outweigh the best interest of the public and defendant for a speedy trial in that the issues herein are such that to deny the motion would deny counsel for defendant the reasonable time necessary for effective preparation for trial and to develop any and all proper defenses which might be averred in the defendant's behalf.

IT IS THEREFORE ORDERED that this matter is rescheduled for trial to a jury to begin at *9:15 a.m. on WEDNESDAY, JUNE 30, 2010*, in Little Rock, Arkansas.  Counsel are to be present thirty minutes prior to trial.  Jury instructions should be electronically submitted to the Court by *June 20, 2010*, in WordPerfect format to jlhchambers@ared.uscourts.gov.

The delay occasioned by this continuance shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 21st day of May, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE