# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                                                  PLAINTIFF

v.                                           NO. 4:08CR00377-02 JLH

JAMES EDMOND HINTON                                                                                       DEFENDANT

### ORDER

James Edmond Hinton filed a motion for early termination of supervised release. The statute provides that the Court may, after considering the relevant factors in 28 U.S.C. § 3553(a), terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, provided that the Court is satisfied that such action is warranted by the conduct of the defendant released and is in the interest of justice. After considering the relevant factors under section 3553(a), the Court has concluded that early termination of supervised release is not warranted by the interest of justice. The motion is therefore DENIED. Document #125.

IT IS SO ORDERED this 11th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE